**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| YOLANDA SANTOYO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PIM Brands, Inc.<br><br>Defendant. | Civil Action No. 1:26-cv-11316<br><br>**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant PIM Brands, Inc. ("PIM") hereby makes the following corporate disclosure: PIM certifies that it does not have any parent corporation. Further, pursuant to Local Rule 3-2, there is no entity or individual owning, directly or indirectly, 5% or more of PIM.

## CERTIFICATE OF SERVICE

I hereby certify the foregoing **FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**, dated October 6, 2026, was served on counsel for Plaintiff Yolanda Santoyo electronically via CM/ECF on October 6, 2026.

Dated: October 6, 2026

Respectfully submitted,

**VENABLE LLP**

___________________________
Daniel S. Silverman (*Pro Hac Vice Application Forthcoming*)
dssilverman@venable.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Tel.: (310) 229-9900
Fax: (310) 229-9901

*Attorneys for Defendant PIM BRANDS, INC.*