**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| YOLANDA SANTOYO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PIM Brands, Inc.<br><br>Defendant. | Civil Action No. 1:26-cv-11316<br><br>Hon. Sara L. Ellis<br><br>**AGREED MOTION TO STAY CASE PENDING OUTCOME OF MOTION TO TRANSFER ACTION TO MULTIDISTRICT LITIGATION PURSUANT TO 28 U.S.C. § 1407** |

Pursuant to the Court's inherent authority to control its docket, *Landis v. North American Co.*, 299 U.S. 248, 254–55 (1936), defendant PIM Brands, Inc. ("Defendant"), on one hand, and plaintiff Yolanda Santoyo ("Plaintiff"), on the other hand, by and through their respective counsel, hereby stipulate and jointly move the Court to stay this case, including all proceedings and deadlines, pending the Judicial Panel on Multidistrict Litigation's ("JPML") determination of Defendant's motion to transfer this action, among others, for coordinated pretrial proceedings in a multidistrict litigation (the "MDL Motion").

Good cause exists for the Court to stay this action pending the JPML's determination of the MDL Motion. Coordinated proceedings in a multidistrict litigation are designed to promote the just and efficient conduct of actions involving common questions of fact pending in different districts, including by allowing the transferee district and judge to develop an orderly process for overlapping and potentially conflicting issues like motions to dismiss, discovery, and class certification. A stay of this action would assist with the development of that process, especially because this case is at an early stage where Defendant has not yet answered the Complaint. On the other hand, proceeding with this action while the MDL Motion is pending would undercut the purposes of a multidistrict litigation by wasting the parties' and judicial resources on issues that may be handled differently and more efficiently in the multidistrict litigation and by

potentially creating confusion and inconsistency, especially with respect to issues on motions to dismiss, that may create complication regarding overlapping issues in the other subject actions that multidistrict litigation is designed to avoid. Moreover, a brief stay pending the determination of the MDL Motion will not unreasonably delay the resolution of this matter as no discovery deadlines have been set and trial has not been scheduled, nor would a stay prejudice either party.

Defendant and Plaintiff therefore stipulate and respectfully request that the Court enter an order staying this action, including all proceedings and deadlines, pending the JPML's determination of the MDL Motion, and require the parties to file a joint status report within seven (7) days of the JPML's decision.

Dated: October 8, 2026

**VENABLE LLP**

*/s/ Nicole E. Stoelton*
Nicole E. Stoelton
NEStoelton@venable.com
227 W. Monroe Street, Suite 1900
Chicago, IL 60606
Tel. (312) 820-3437

Daniel S. Silverman (*Pro Hac Vice Application Forthcoming*)
dssilverman@venable.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Tel.: (310) 229-9900
Fax: (310) 229-9901

*Attorneys for Defendant PIM BRANDS, INC.*

Dated: October 8, 2026

**LAUKAITIS LAW LLC**

*/s/ Kevin Laukaitis*
Kevin Laukaitis
954 Avenida Ponce De Leon
Suite 205, #10518

San Juan, PR 00907
T: (215) 559-6072
klaukaitis@laukaitislaw.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2026, the foregoing document was filed electronically using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Nicole E. Stoelton*

*Attorney for Defendant, PIM Brands, Inc.*